UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CONNIE STEELMAN,**

**Plaintiff,**

**-vs-** **Case No. 6:11-cv-1447-Orl-28GJK**

**LANDO RESORTS CORPORATION,**

**Defendant.**

---

## ORDER

This cause is before the Court on Defendant's Motion to Dismiss Plaintiff's Action for Lack of Prosecution (Doc. 46). Plaintiff has not filed a response to the Motion and the time to do so has passed. The Court has reviewed this file and for the reasons stated herein, Defendant's Motion is due to be granted.

Plaintiff filed this lawsuit almost two years ago (Doc. 1). Since that time, Plaintiff has done very little to advance this case. Other than answering the court ordered interrogatories (Doc. 9), Plaintiff has not complied with the September 6, 2011 Order setting forth various deadlines, including mediation (Doc. 5). Although granted numerous extensions to conduct mediation, Plaintiff has refused to engage in mediation with Defendant. (See Doc. Nos. 16, 17, 18, 24, 27, 33, 34, 41, 42, 43, 44, and 46). Plaintiff has also failed to comply with Orders from this Court. (See Doc. Nos. 33, 34, 41, 42, 43, and 44). Plaintiff's last response, after having been given specific instructions from the Court to only include information as

to whether this case had been settled or mediated (Doc. 43), was once again, unresponsive. (Doc. 44).[1]

Defendant represents in its Motion to Dismiss that despite repeated attempts to either mediate or to schedule Plaintiff's deposition, Plaintiff remains wholly uncooperative and has rebuked any attempts to prosecute this action. Plaintiff admits these allegations by her non-response to Defendant's Motion.

Plaintiff having failed to show cause why this case should not be dismissed for failure to prosecute in response to this Court's orders, and as represented in Defendant's Motion to Dismiss, Defendant's Motion is **GRANTED**. This case is dismissed. All pending motions are denied as moot. Defendant is granted leave to file a motion for attorney's fees and costs within twenty-one (21) days from the date of this Order. Plaintiff is granted leave to file a response to Defendant's motion for fees and costs within twenty-one (21) days from its filing. Plaintiff is admonished that a non-response to any such motion, will result in it being considered as unopposed and will be ruled on as submitted. The Clerk of the Court is directed to close this file.

---

[1] In her response, Plaintiff sets forth details of failed attempts at settlement (which is not what the Court asked for) and does not address the court ordered mediation.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 12 day of June, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party