**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CONNIE STEELMAN,**
    **Plaintiff,**

-vs-                                             **Case No. 6:11-cv-1447-Orl-28GJK**

**LANDO RESORTS CORPORATION,**
    **Defendant.**
_____

# ORDER

This case is before the Court on Defendant's Motion for Attorneys' Fees and Costs (Doc. 50). The United States Magistrate Judge has submitted a Report (Doc. 51) recommending that the motion be denied.

After an independent review of the record in this matter, and noting that no objections to the Report have been filed, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 51 ) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion for Attorney's Fees and Costs (Doc. 50) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida this 22nd day of October, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party